IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

SERAP MARTINELLO,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
a foreign corporation,

        Defendant.
_____/

## COMPLAINT

The Plaintiff, SERAP MARTINELLO, sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and alleges:

1. This is an action for damages that exceeds $15,000.00, exclusive of interests, costs and attorney's fees.

2. That at all times material hereto, Plaintiff, SERAP MARTINELLO, was an individual residing in Green Cove Springs, Clay County, Florida.

3. That at all times material hereto, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), was an insurance company licensed to do business in the State of Florida and having a principal place of business in Jacksonville, Duval County, Florida.

4. That at all times material hereto Plaintiff was a named insured under those certain automobile policies of insurance (hereinafter "policies") issued by State Farm, and being assigned

policy number 045655659K (Exhibit 1). The policies provided uninsured/underinsured motorist benefits for Plaintiff.

5. That on or about March 21, 2015, Plaintiff, while operating a motor vehicle in Jacksonville, Duval County, Florida, was struck by a motor vehicle owned and operated by Fran Garcia Lanz.

6. Fran Garcia Lanz was negligent in the operation of his motor vehicle in that he operated the motor vehicle in a careless manner, causing it to collide with the vehicle driven by Plaintiff.

7. As a result of the above collision, Plaintiff suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. These losses are either permanent or continuing in nature and Plaintiff will suffer losses in the future.

8. Fran Garcia Lanz was underinsured with respect to Plaintiff's total losses.

9. Plaintiff has satisfied all conditions precedent to bringing this action.

10. State Farm has breached its contractual obligations in that Plaintiff has demanded payment of the underinsured policy limits, which payment has been refused by State Farm.

11. Plaintiff has retained the undersigned attorney to represent her in this cause and obligated herself to pay a reasonable attorney fee. Pursuant to Florida Statute Section 627.428, State Farm is obligated to pay the attorney fees of Plaintiff.

WHEREFORE, the Plaintiff, SERAP MARTINELLO, demands judgment against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, for damages,

costs, and attorney fees.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury on all issues so triable.

LINDELL & FARSON, P.A.

_____
JAMES A. FARSON
Florida Bar No.: 0093830
12276 San Jose Boulevard, Suite 126
Jacksonville, Florida 32223-8630
Phone: (904) 880-4000
Facsimile: (904) 880-4013
Pleadings@lindellfarson.com
Attorneys for Plaintiff

3