United States District Court
Middle District of Florida
Jacksonville Division

SERAP MARTINELLO,

    *Plaintiff,*

v.                                               No. 3:16-CV-1511-J-PDB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    *Defendant.*

_____

## Order

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff has filed a stipulation of dismissal with prejudice signed by the parties. Doc. 19. The case is dismissed with prejudice. The Court **directs** the Clerk of Court to close the case.

**Ordered** in Jacksonville, Florida, on April 14, 2017.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      Counsel of record